SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-00482-JAM-GGH** |
|       Plaintiff, | ) ~~PROPOSED~~ **ORDER RE: REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT** |
|     vs. | ) |
| Al Ross Victory Stores, Inc. | ) |
|       Defendants | ) |

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the filing date of the Joint Status Conference statement continued to June 18, 2012.

Date: May 18, 2012

/s/ John A. Mendez
Judge of the United States District Court

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS

CONFERENCE STATEMENT

CIV: S-12-cv-00482-JAM-GGH - 1