SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-00482-JAM-CKD** |
| Plaintiff, | ) **ORDER RE: REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | ) |
| Al Ross Victory Stores, Inc., | ) |
| Defendants | ) |

   IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than October 15, 2013.

Date:   9/16/2013

                          /s/ John A. Mendez_____
                          Judge of the United States District Court

PROPOSED ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-12-cv-00482-JAM-CKD - 1